<center>EXHIBIT 1</center>

| IMAGES | FILENAME | REGISTRATION |
|---|---|---|
| (image of hand holding ratchet tool with chuck) | SPR-1 11.2010.jpg | VA0002307073 |
| (image of hand holding ratchet tool gripping a screw) | SPR-2 11.2010.jpg | VA0002307073 |

EXHIBIT 1



| | SPR-3 11.2010.jpg | VA0002307073 |
|---|---|---|

EXHIBIT 1

| | | |
|---|---|---|
|  | SPR-4 11.2010.jpg | VA0002307073 |

EXHIBIT 1



| | | |
|---|---|---|
| | SPR-5 11.2010.jpg | VA0002307073 |
| | SPR-6 11.2010.jpg | VA0002307073 |

<p style="text-align:center;color:red">EXHIBIT 1</p>

**Video available at http://creedon.link/socketprovideo
and provided to the Court on physical media**