EXHIBIT 2

Registration Number
**VA 2-307-073**
**Effective Date of Registration:**
June 30, 2022
**Registration Decision Date:**
July 01, 2022

## Title

**Title of Work:** SocketPro Product Pictures 2010

**Content Title:** SPR-1 11.2010,
SPR-2 11.2010,
SPR-3 11.2010,
SPR-4 11.2010,
SPR-5 11.2010,
SPR-6 11.2010

## Completion/Publication

**Year of Completion:** 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Motionware Enterprises Inc.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Motionware Enterprises Inc.
56 Annie Craig Dr unit 2102, Toronto Ontario, M8V0C8, Canada

## Rights and Permissions

**Organization Name:** Motionware Enterprises Inc.
**Address:** 56 Annie Craig Dr unit 2102
Toronto Ontario M8V0C8 Canada

EXHIBIT 2

## Certification

      **Name:** Jessica Delos Santos
      **Date**: June 29, 2022

**Correspondence:** Yes

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

EXHIBIT 2

**Registration Number**

**PAu 4-138-379**

**Effective Date of Registration:**
June 29, 2022
**Registration Decision Date:**
June 29, 2022

## Title

**Title of Work:** SPR-Video 11.2010

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** Motionware Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Motionware Enterprises Inc.
56 Annie Craig Dr., Unit 2102, Toronto Ontario,, M8V0C8, Canada

## Certification

**Name:** Jessica Delos Santos
**Date:** June 29, 2022