IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MOTIONWARE ENTERPRISES, INC., § § | | |
| Plaintiff, § § | | |
| v. § | 1:22-CV-1225-RP | |
| § | | |
| THE INDIVIDUALS, BUSINESS ENTITIES, § AND UNINCORPORATED ASSOCIATIONS § IDENTIFIED ON EXHIBIT 1, § § | | |
| Defendants. § | | |

## AMENDED FINAL JUDGMENT

This Amended Final Judgment amends the Court's Final Judgment at Dkt. 67 to clarify the entities that are affected by the Court's permanent injunction.

On October 24, 2023, the Court adopted United States Magistrate Judge Dustin M. Howell's report and recommendation, (Dkt. 57), concerning Plaintiff Motionware Enterprises, Inc.'s ("Plaintiff") Motion for Default Judgment and Permanent Injunction, (Dkt. 49), against the 239 Defaulting Defendants that remained in the case as of that moment, as listed on Exhibit 1 of the Motion, (Ex. 1, Dkt. 49-2). (Order, Dkt. 60). The Court granted Plaintiff's Motion for Default Judgement. (*Id.*). On February 1, 2024, the Court issued a second order granting Plaintiff's motions for Attorney Fees, (Dkts. 61, 64). Accordingly, the Court renders this default judgment pursuant to Federal Rule of Civil Procedure 55.

**IT IS ORDERED** that judgment is awarded in favor of Plaintiff. Plaintiff shall recover the following sums against Defendants John Does 1, 42, 43, 46, 51, 96, 119, 309, 418, 420, 424, 426, and 427:

1. $5,000.00 in statutory damages from each Defendant; and

2. Post-judgment interest at a rate calculated pursuant to 28 U.S.C. § 1961.

1

**IT IS FURTHER ORDERED** that Plaintiff shall recover the following sums against Defendants John Does 5, 6, 8-10, 13-21, 23, 24, 26-38, 41, 44, 45, 47-50, 52-54, 56-73, 79, 80, 85, 93, 104, 105, 108, 120, 124, 127, 130, 133, 140, 142, 145, 149, 151, 153, 155, 159-161, 166, 171-175, 181, 184, 185, 188, 190, 191, 203, 205, 207, 208, 212, 214, 216, 218, 224, 226, 227, 229, 232, 235, 236, 239, 240, 254, 260, 269-271, 273-276, 279-282, 284-288, 290, 293, 295-297, 299-306, 308, 311, 313-315, 317, 321, 322, 324, 330-333, 335-338, 341-356, 358-362, 365, 367, 370, 371, 373, 374, 376, 378, 393, 404, 414, 415, 417, 419, 421-423, 425, and 428-431:

1. $10,000.00 in statutory damages from each Defendant; and

2. Post-judgment interest at a rate calculated pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that Plaintiff shall recover $53,315.50 in reasonable attorney's fees against all Defaulting Defendants remaining in this case as listed on Exhibit 1 attached to this final judgment ("Defaulting Defendants").

**IT IS FURTHER ORDERED** that the bond posted by Plaintiff in the amount of $431,000.00 is to be released by the Clerk of the Court.

**IT IS FINALLLY ORDERED** the Court enters a permanent injunction that pertains to all Defaulting Defendants as follows:

1. Defendants, their successors, affiliates, servants, officers, agents, independent contractors, and employees, and anyone acting in active concert or participation with or at the behest or direction of any of the foregoing, be enjoined and restrained from:

   a. advertising, displaying, distributing, selling, manufacturing, delivering, shipping, using, or enabling others to advertise, display, distribute, manufacture, deliver, ship, sell, or use any copies or derivative works based on Plaintiff's Materials, other colorable imitations of Plaintiff's Materials, or products and photographs that otherwise infringe on Plaintiff's copyright registrations;

  b. moving, relocating, or otherwise disposing of any funds currently located in Defendants' online accounts, including, without limitation, from Alibaba, AliExpress, Amazon, Bonanza, DHgate, eBay, Etsy, Joom, Walmart, Wish, Alipay, PayPal, Payoneer, Stripe, WorldFirst, and Western Union;

  c. removing, destroying, or otherwise disposing of computer files, electronic files, business records, or documents relating to any of Defendants' webstores, websites, assets, operations, or relating in any way to the reproduction and display of Plaintiff's Materials; and

  d. engaging in any other activity that infringes on Plaintiff's rights in any manner.

2. All of Plaintiff's Materials in the Defaulting Defendants' reasonable control be deleted or destroyed pursuant to 17 U.S.C. § 503(b).

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, AliExpress, Amazon, Bonanza, DHgate, eBay, Etsy, Joom, PayPal, Stripe, Walmart, Wish, etc., will within 3 business days of receipt of this Order:

  a. Take all necessary steps to prevent any Defaulting Defendant from accessing or withdrawing funds from any accounts through which the Defaulting Defendants, in the past, currently, or in the future, engage in the sale of products using the Infringing Photographs, including, but not limited to, any accounts associated with the Defaulting Defendants listed on the attached Exhibit 1; and

  b. Take all necessary steps to prevent any Defaulting Defendant from accessing or withdrawing funds from any accounts linked to the Defaulting Defendants, linked to any email addresses used by the Defaulting Defendants, or linked to any of the Infringing Webstores.

4. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of costs, attorney's fees, and statutory damages against it:

    a.    Alibaba, AliExpress, Amazon, Bonanza, DHgate, eBay, Etsy, Joom, Walmart, and Wish (collectively the "Platforms") and PayPal, Payoneer, Stripe, WorldFirst, Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union, or other bank accounts or payment processors used by the Defaulting Defendants (collectively the "Payment Processors") will, within 2 business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants and the Defaulting Defendants' Infringing Webstores identified in the attached Exhibit 1 from transferring or disposing of any money or other of the Defaulting Defendants' assets.

    b.    All monies in Defaulting Defendants' financial accounts as of the date of this Order, including monies held by the Platforms and the Payment Processors, are hereby released to Plaintiff as partial payment of the above-identified damages, and the Platforms and Payment Processors are ordered to release to Plaintiff the amounts from the Defaulting Defendants' Platform or Payment Processor accounts within 10 business days of receipt of this Order.

    c.    Plaintiff will have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by the Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors will within 2 business days:

        i.    Locate all accounts and funds connected to the Defaulting Defendants, the Defaulting Defendants' Infringing Webstores, including, but not limited to, any accounts connected to the information listed in the attached

4

        Exhibit 1, and any email addresses provided for the Defaulting Defendants by any third parties;

        ii.    Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of the Defaulting Defendants' assets; and

        iii.    Release all monies restrained in the Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within 10 business days of receipt of this Order.

5.    Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff will have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by the Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers will within 2 business days:

    a.    Locate all accounts and funds connected to Defaulting Defendants, the Defaulting Defendants' Infringing Webstores, including, but not limited to, any accounts connected to the information listed in the attached Exhibit 1 and any email addresses provided for the Defaulting Defendants by any third parties;

    b.    Restrain and enjoin such accounts or funds from receiving, transferring, or disposing of any money or other of the Defaulting Defendants' assets; and

    c.    Release all monies restrained in the Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within 10 business days of receipt of this Order.

6.    In the event that Plaintiff identifies any additional webstores, websites, domain names, or financial accounts owned by the Defaulting Defendants, Plaintiff may send notice of any

supplemental proceeding to the Defaulting Defendants by email at the email addresses identified in the attached Exhibit 1 and any email addresses provided for the Defaulting Defendants by any third parties.

All other relief requested is **DENIED**. This case is now **CLOSED.**

**SIGNED** on February 2, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

EXHIBIT 1

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 1 | Hangzhou Juchuang Trading Co., Ltd. | cnjuchuang | Alibaba | cara@unitektools.com | 1 | $5,000 |
| 5 | iMike Mart Supply (Huizhou) Co., Ltd | imikemartsupply | Alibaba | peterluoims@163.com | 2 | $10,000 |
| 6 | Hangzhou Jiechao Machinery Factory | jiechaotool | Alibaba | hzjzjyc@163.com | 2 | $10,000 |
| 8 | Yiwu Sino E-Business Firm | sensovip | Alibaba | 3391461909@qq.com | 2 | $10,000 |
| 9 | Cangxian Sanxing Hose Clamp Co., Ltd. | sxhougu | Alibaba | rainie@prchoseclamp.com | 2 | $10,000 |
| 10 | Jiangxi Taurus Technology Co., Ltd. | taurushome | Alibaba | taurushome@taurustech.cn | 2 | $10,000 |
| 13 | Yiwu Renjun Daily Department Store | ywrj888 | Alibaba | rengjun202211@163.com | 2 | $10,000 |
| 14 | Binoax Store | cn1001590770 | Aliexpress | machismt@qq.com | 2 | $10,000 |
| 15 | Eletorot Indoor Lighting Store | cn1513132992 | Aliexpress | 2594417139@qq.com | 2 | $10,000 |
| 16 | one coin Store | cn1513696179 | Aliexpress | yewenjie1987@foxmail.com | 2 | $10,000 |
| 17 | zjcostol Store | cn1516281620frmh | Aliexpress | 18063107940@189.cn | 2 | $10,000 |
| 18 | World Trading's Lighting Store | cn1515611571wfsk | Aliexpress | yonglhbobo@163.com | 2 | $10,000 |
| 19 | Huation Store | cn1520560854xbnr | Aliexpress | qmnuemzk@outlook.com | 2 | $10,000 |
| 20 | Brightness Store | cn1520722681ietb | Aliexpress | cathycathe@sina.com | 2 | $10,000 |
| 21 | furnishing material Store | cn1520311897jhru | Aliexpress | 13278446302@163.com | 2 | $10,000 |
| 23 | Wetools Store | cn1521527741zkin | Aliexpress | jblsmtjj@aliyun.com | 2 | $10,000 |
| 24 | Shop4293023 Store | cn1520536377tdqc | Aliexpress | 515352436@qq.com | 2 | $10,000 |
| 26 | Close To Life Store | cn1524761564erag | Aliexpress | okeysfas@hotmail.com | 2 | $10,000 |

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 27 | JustinLau small goods Store | cn1526783767gsnq | Aliexpress | 3101200878@qq.com | 2 | $10,000 |
| 28 | 1906 Store | cn1527344987plwb | Aliexpress | szshangzheng1902@163.com | 2 | $10,000 |
| 29 | Homefull using Department Store | cn1527431920kogh | Aliexpress | szshituo1902@163.com | 2 | $10,000 |
| 30 | KINDLOV Official Store | cn1528678964uqhq | Aliexpress | 18046264964@163.com | 2 | $10,000 |
| 31 | Tomastine Tool Store | cn1519880538ovol | Aliexpress | caifeng20160808@163.com | 2 | $10,000 |
| 32 | Joleen Store | cn1528862285poby | Aliexpress | szjihechang1903@163.com | 2 | $10,000 |
| 33 | Mintiml dropship Store | cn1526780996hznq | Aliexpress | mintiml@heippy.com | 2 | $10,000 |
| 34 | SHDY Good Store | cn1529988124fqey | Aliexpress | toolschina01@126.com | 2 | $10,000 |
| 35 | SuSuMu Store | cn1530063201blfu | Aliexpress | yysumaitong02@163.com | 2 | $10,000 |
| 36 | BSJ Store | cn1523040486fdlo | Aliexpress | gzbeisanji@163.com | 2 | $10,000 |
| 37 | Houkiper Daily Department Store | cn1524239232bece | Aliexpress | layne61cn@163.com | 2 | $10,000 |
| 38 | FINDAMAZE Tools Store | cn1526697453cwag | Aliexpress | 334359296@qq.com | 2 | $10,000 |
| 41 | FINDAMAZE Factory Store | cn1533373680nwuj | Aliexpress | huazai890301smt@aliyun.com | 2 | $10,000 |
| 42 | Mintiml Bonne chance Store | cn1533302254lrjj | Aliexpress | comegogo@rebuyy.com | 1 | $5,000 |
| 43 | Mintiml Brillant Store | cn1533395503pkmm | Aliexpress | shopitnow@rebuyy.com | 1 | $5,000 |
| 44 | HXC Professional Tool Store | cn1524454468mbsm | Aliexpress | laoxiaofei452329642@aliyun.com | 2 | $10,000 |
| 45 | RanSan Tools Store | cn1534135916bznh | Aliexpress | sandy_business@yeah.net | 2 | $10,000 |
| 46 | Mintiml Perfectionnisme Store | cn1533985279qmqb | Aliexpress | linn@rebuyy.com | 1 | $5,000 |
| 47 | Affordable tool Store | cn1534087151gehj | Aliexpress | szdixunyang1902@163.com | 2 | $10,000 |
| 48 | OEIN Garden Tools Store | cn1537774825ykiq | Aliexpress | zjc13375912039@163.com | 2 | $10,000 |

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 49 | Isfriday Officially Store | cn1537472192wkna | Aliexpress | well@rebuyy.com | 2 | $10,000 |
| 50 | Felici Lifestyle Store | cn1541169364ynne | Aliexpress | crb9goc7cg4@163.com | 2 | $10,000 |
| 51 | Neuf fois Store | cn1529472438yczs | Aliexpress | dizhi6li@163.com | 1 | $5,000 |
| 52 | goodlife houseware Store | cn1541331947anoj | Aliexpress | qqet@rebuyy.com | 2 | $10,000 |
| 53 | Precision- tools Store | cn1541201529lzae | Aliexpress | gz_zyh1688@163.com | 2 | $10,000 |
| 54 | Windfall Life Store | cn1541274323ssnn | Aliexpress | allinecommercestore2121@hotmail.com | 2 | $10,000 |
| 56 | 3N-Home Garder Store | cn1537579884triz | Aliexpress | szsenwei1906@163.com | 2 | $10,000 |
| 57 | Mintiml Gadgets Store | cn1541501712pfcb | Aliexpress | poliexlpiply@rebuyy.com | 2 | $10,000 |
| 58 | ToolDIY Store | cn1542439441zken | Aliexpress | 2238776261@qq.com | 2 | $10,000 |
| 59 | Mintiml Pick Up Dropshipping Store | cn1542415474gqvb | Aliexpress | smt@goodluckgg.com | 2 | $10,000 |
| 60 | DouBao Store | cn1542489840fhtu | Aliexpress | yubin1046955271@163.com | 2 | $10,000 |
| 61 | MY Quality Tools Store | cn1541636679wlez | Aliexpress | 3587078627@qq.com | 2 | $10,000 |
| 62 | OMOM Store | cn1541422234dcxm | Aliexpress | pancailin84405@126.com | 2 | $10,000 |
| 63 | xiangrong Life Store Store | cn1540903767jkls | Aliexpress | henianzif@126.com | 2 | $10,000 |
| 64 | Uluru Universal Store | cn1544755905jvad | Aliexpress | 3064863214@qq.com | 2 | $10,000 |
| 65 | VehiGo Repairkit Store | cn1544912642banf | Aliexpress | support@szkawish.com | 2 | $10,000 |
| 66 | Likeeasy atHome Store | cn1544931621aahs | Aliexpress | yanxikeji65@163.com | 2 | $10,000 |
| 67 | A very interesting' Store | cn1539415137ixed | Aliexpress | gzjiangjia1903@163.com | 2 | $10,000 |
| 68 | Watermelon Brothers Store | cn1547535274cjhv | Aliexpress | zhonglianqicheng@sohu.com | 2 | $10,000 |
| 69 | ZW Life Store | cn1546231937xxkq | Aliexpress | 2209276973@qq.com | 2 | $10,000 |
| 70 | ORORO Store | cn1058400027blaae | Aliexpress | hm3019932@163.com | 2 | $10,000 |
| 71 | TF HOME 168 Store | cn1060634020bojae | Aliexpress | 2491619156@qq.com | 2 | $10,000 |
| 72 | MOONBIFFY TOOL Store | cn1061448013spmae | Aliexpress | minglangkeji36@163.com | 2 | $10,000 |

EXHIBIT 1

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 73 | tianningquhongmeiqubeibaihuojingyingb | A101Z66P6FE0X6 | Amazon | conniecai2012@163.com | 2 | $10,000 |
| 79 | Xiangyangauto | A141Y8UXXNV1TV | Amazon | xiong773310967831@163.com | 2 | $10,000 |
| 80 | XceedMegaStores | A15851V7FYSUQL | Amazon | goglobalsales1@gmail.com | 2 | $10,000 |
| 85 | XIANGGU | A19R41NYR256G0 | Amazon | 982439926@qq.com | 2 | $10,000 |
| 93 | Cloud city | A1HHDW98XUNNCG | Amazon | mengyoujing01@163.com | 2 | $10,000 |
| 96 | zhumadianjingjikaifaquchaoshenbaihuodian | A1K4WRANTKZEME | Amazon | lugang19970414@163.com | 1 | $5,000 |
| 104 | WPFbeimei | A1N08KUVF4A8XO | Amazon | pengfeinus@163.com | 2 | $10,000 |
| 105 | ArtisanShowEU | A1NAETOJ4SYRU8 | Amazon | ychen@ambizlaw.com | 2 | $10,000 |
| 108 | leosuper | A1P744E0WZY26M | Amazon | leo890903@163.com | 2 | $10,000 |
| 119 | Wanzafel-US | A1UYJH6P8FA2O | Amazon | baionelie@sina.com | 1 | $5,000 |
| 120 | rong rong mao yi dian | A1VG2KOJ9HBPNQ | Amazon | zhangcuizhenck@hotmail.com | 2 | $10,000 |
| 124 | WSSP | A1X08793TNG7G6 | Amazon | wsmlyz@163.com | 2 | $10,000 |
| 127 | Artisan Show | A1ZLK8IFR4CP0T | Amazon | cbeb.wang@outlook.com | 2 | $10,000 |
| 130 | wanhaocanyin | A20RFECFR0TQK | Amazon | wanhaocany@outlook.com | 2 | $10,000 |
| 133 | Lantro JS | A2267JBJEQU4E0 | Amazon | asrt210iuty@sina.com | 2 | $10,000 |
| 140 | HDSFBOP-US | A279S52BROHYQ0 | Amazon | hdsfbop@outlook.com | 2 | $10,000 |
| 142 | LYPSJ | A28TP9OT5Y9ZDM | Amazon | zhl1258az@126.com | 2 | $10,000 |
| 145 | Nicholas-US | A29R5E26I1MYFQ | Amazon | jinchengyuus@126.com | 2 | $10,000 |
| 149 | JIANRONG888 | A2CADKS6PBSMG4 | Amazon | liujianrong2021@outlook.com | 2 | $10,000 |
| 151 | TBAII-CA | A2EKR5TT1FKVGL | Amazon | uhbn87654@163.com | 2 | $10,000 |
| 153 | Jinbaihe | A2FY79RI6WEK8R | Amazon | yangni900502@163.com | 2 | $10,000 |
| 155 | SHIXIANGNG | A2G7TWNE0N99WU | Amazon | w88744338@163.com | 2 | $10,000 |
| 159 | Leixiawujindamai | A2I6HAL43ZIE58 | Amazon | leixia2926@163.com | 2 | $10,000 |
| 160 | Pinsofkx | A2I7XCKXB4ZTQC | Amazon | vxrtupl@outlook.com | 2 | $10,000 |

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 161 | weimeishiguang | A2IOIU33HND0UV | Amazon | xmfuzhuangdianus@163.com | 2 | $10,000 |
| 166 | Unionm | A2KRW7Y3IISX0M | Amazon | unionamx@outlook.com | 2 | $10,000 |
| 171 | joticp16ruiu | A2NJCOSYLUZLTZ | Amazon | joticp16ruiu@sina.com | 2 | $10,000 |
| 172 | QiluStore | A2OG2U9BG872SD | Amazon | qilu12150035@163.com | 2 | $10,000 |
| 173 | ÁÑ¶‰ΩúÈ∏øÂõæÂïÜË¥∏ÊúáÈôêÂÖ¨Âè∏ | A2OSEJN4V2S22H | Amazon | yuechuang05@sina.com | 2 | $10,000 |
| 174 | Esperanza-tt | A2Q07BQOYJ5F7S | Amazon | vuthithanh131@gmail.com | 2 | $10,000 |
| 175 | nianst | A2QGQJDH1VT54V | Amazon | linian7761@163.com | 2 | $10,000 |
| 181 | ZXJdedian | A2TEH27U763MQJ | Amazon | zjuanjcuk@163.com | 2 | $10,000 |
| 184 | SHENGNG | A2U35INN9J9WON | Amazon | muthonzheng@126.com | 2 | $10,000 |
| 185 | ZANWENHUI | A2V18O1N36TCTP | Amazon | zanwenhuiymx888@outlook.com | 2 | $10,000 |
| 188 | miantiaocar | A2XEL7SJN4EVNE | Amazon | miaotiao7090@163.com | 2 | $10,000 |
| 190 | YAYbeimeidian | A2XU5BGL85QJ5 | Amazon | yaydianpuus@163.com | 2 | $10,000 |
| 191 | UnicornSmile | A2ZW02WD6SEF5D | Amazon | unicornsmile@163.com | 2 | $10,000 |
| 203 | anhuijinxiangjiankangguanliyouxiangongsi | A378GTQXEOP8RW | Amazon | anhjinxiangjiank@outlook.com | 2 | $10,000 |
| 205 | CClub | A38RABIJWTADGD | Amazon | chenchaoxiazhangyu@163.com | 2 | $10,000 |
| 207 | YUYAOSHANGMAO | A3AHA3XEABHGQO | Amazon | yuyao362451@outlook.com | 2 | $10,000 |
| 208 | lovexindong-US | A3B4GWRBDQ2CQ9 | Amazon | songzhijun123456@hotmail.com | 2 | $10,000 |
| 212 | Li huihui | A3ENP9NQ4GKDPL | Amazon | lihui15518178881@163.com | 2 | $10,000 |
| 214 | zlymx1203 | A3F40RGIMGWTGF | Amazon | uouou12121@163.com | 2 | $10,000 |
| 216 | LXMbeimei | A3FW45MREN7V4N | Amazon | ml5463zyus@126.com | 2 | $10,000 |
| 218 | guoxueli | A3I2FJQPEN69OQ | Amazon | guoxuelius@163.com | 2 | $10,000 |
| 224 | Losunweitd-US | A3MME30BHLKMNB | Amazon | sangjianli@hotmail.com | 2 | $10,000 |
| 226 | PERFACTOOL | A3N5BB43N5S9WW | Amazon | zoey@cuttingcraft.com | 2 | $10,000 |
| 227 | Btaribyc | A3O15EJGAB2D0M | Amazon | shenzhenpenghao@163.com | 2 | $10,000 |

EXHIBIT 1

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 229 | hetaousdian | A3OUEHADIIT4VQ | Amazon | tongjunjunus@sohu.com | 2 | $10,000 |
| 232 | Jianfengshop | A3QU0FGI0ZFZ0Y | Amazon | jianfengwu111@163.com | 2 | $10,000 |
| 235 | thurethexh-US | A3S86M2OMNHO9X | Amazon | questionab@163.com | 2 | $10,000 |
| 236 | Deak-do | A3SCUNG3KFWGR6 | Amazon | nou46kfh@tom.com | 2 | $10,000 |
| 239 | daneohm | A3TWOUQL6NI3DG | Amazon | xfu505@gmail.com | 2 | $10,000 |
| 240 | MIAOMIAODEDIAN¬Æ | A3U7VY1CEIJKIF | Amazon | jinxihexius@163.com | 2 | $10,000 |
| 254 | HaoDunUK | AK30QM5G0RQ38 | Amazon | haodunuk@outlook.com | 2 | $10,000 |
| 260 | YanLingShop | AON0B1A9X7H3N | Amazon | zhouyanling01beimei@outlook.com | 2 | $10,000 |
| 269 | Alfathu's booth | Alfathu | Bonanza | auliaalfathu@gmail.com malkatuaulia3@gmail.com | 2 | $10,000 |
| 270 | bonzuser_uarke's booth | bonzuser_uarke1 | Bonanza | cassiusfarai7789@gmail.com | 2 | $10,000 |
| 271 | 864shop | 1393976126 | eBay | 864597674@qq.com | 2 | $10,000 |
| 273 | balalall | 2195274721 | eBay | batu@dds-tools.com | 2 | $10,000 |
| 274 | buyermarket070 | 1918171142 | eBay | easytobuy070@gmail.com | 2 | $10,000 |
| 275 | chewa-5917 | 2186683572 | eBay | ericwcb@outlook.com | 2 | $10,000 |
| 276 | cici547 | 2361411833 | eBay | d18126546262@yeah.net | 2 | $10,000 |
| 279 | dumei885 | 2320513170 | eBay | dfsgfdfas@163.com | 2 | $10,000 |
| 280 | excellentsellingcs | 2269329588 | eBay | excellentselling@outlook.com | 2 | $10,000 |
| 281 | freefuture_uk | 2169779543 | eBay | freefuture_ukcs@outlook.com | 2 | $10,000 |
| 282 | good-tool-store | 2058872352 | eBay | valdeals4you@gmail.com | 2 | $10,000 |
| 284 | gpopsproducts | 1972565400 | eBay | giedriusgaiz@gmail.com | 2 | $10,000 |
| 285 | hasasaje-0 | 2082478171 | eBay | hasantha9422@gmail.com | 2 | $10,000 |
| 286 | henni000-9 | 1674472493 | eBay | revuqi30zktg@sina.com | 2 | $10,000 |
| 287 | homesafers | 2179334168 | eBay | homesafecs@outlook.com | 2 | $10,000 |
| 288 | hotpow2020 | 2083309729 | eBay | lrebay010@163.com | 2 | $10,000 |
| 290 | kaidi55 | 1061525286 | eBay | vip201308@gmail.com | 2 | $10,000 |

**EXHIBIT 1**

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 293 | ostro_empire | 1980392276 | eBay | zeevigoldberg210@gmail.com | 2 | $10,000 |
| 295 | rishlan | 1023951382 | eBay | rishlanb2@gmail.com | 2 | $10,000 |
| 296 | silkroadchina2010 | 1013802427 | eBay | yangnaixiang@yeah.net | 2 | $10,000 |
| 297 | store20 | 1560005801 | eBay | aldmaniq10@gmail.com | 2 | $10,000 |
| 299 | yangnaie-9 | 1584420478 | eBay | yangnaie@yeah.net | 2 | $10,000 |
| 300 | yangx-71 | 1811427557 | eBay | yangxue6769@yeah.net | 2 | $10,000 |
| 301 | yw_s-63 | 1812973360 | eBay | yw_smile@hotmail.com | 2 | $10,000 |
| 302 | JS tools | 60c82e9989ea9aff275a602e | Joom | 1045056006@qq.com | 2 | $10,000 |
| 303 | Tool Station | 617b972ccd5321e34add640c | Joom | 291947581@qq.com<br>qlb1q0@163.com | 2 | $10,000 |
| 304 | pamagoods | pamagoods.com | Pamagoods | ngathostar@outlook.com<br>payments@pamagoods.com<br>payments@pamatee.com<br>payments@trendmedeal.com<br>storevannguyen@hotmail.com | 2 | $10,000 |
| 305 | 10dollarstore | 10dollarstore.com | Shopify | world@10dollarstore.com<br>youngco888@163.com<br>qq8866@gmail.com<br>vigorouslylentilstgu422@yahoo.com | 2 | $10,000 |

**EXHIBIT 1**

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 306 | gearmeupnow | gearmeupnow.com | Shopify | timdavis0415@gmail.com<br>patrickfrenette86@gmail.com<br>support@klaresgehoer.de<br>kristafiction@hotmail.com<br>sales@beacngears.com<br>sales@gearmeupnow.com<br>sales@mylionbreath.com<br>sales@travelersdoorlock.com<br>support@dailyexperiences.ca<br>support@gearmeupnow.com<br>travelersdoorlock@gmail.com<br>trendzseekerteam@gmail.com | 2 | $10,000 |
| 308 | lightningdeliveries | lightningdeliveries.com | Shopify | lightningdeliveriesofficial@gmail.com<br>perisqoop@gmail.com<br>socialwillowofficial@gmail.com<br>shivasiddula22@gmail.com<br>lightningcrate@gmail.com | 2 | $10,000 |
| 309 | otjar | otjar.com | Shopify | caingonzalez0314@gmail.com<br>satchell@thehotjar.com<br>hello@mykarrotjar.com | 1 | $5,000 |
| 311 | supower | supower.shop | Shopify | xfu12017@gmail.com | 2 | $10,000 |

**EXHIBIT 1**

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 313 | uprara | uprara.com | Shopify | supperkingman@gmail.com<br>amikodese@gmail.com<br>duonganhtuanvi@gmail.com<br>duonghongquyenvi@gmail.com<br>duongtuanhop11@gmail.com<br>duongtuanhop15@gmail.com<br>hop2403199602@gmail.com<br>hopdaik11@gmail.com<br>hopdaik12@gmail.com<br>hopduongyt5@gmail.com<br>hopkingvio@gmail.com<br>milerzuven@gmail.com<br>phunggiangaki@gmail.com<br>hopvt1@gmail.com<br>rfbbnerunecebuz@hotmail.com<br>dolpab@mail.com<br>bpgqrvebyxfe@hotmail.com | 2 | $10,000 |
| 314 | withthewave | withthewave.com | Shopify | withthewavecustomer@gmail.com<br>runwiththewave@gmail.com<br>sethbarkhouse@gmail.com | 2 | $10,000 |
| 315 | woogadgets | woogadgets.com | Shopify | woogadgets@hotmail.com<br>zhangcaiyao@hotmail.com | 2 | $10,000 |
| 317 | LANDAF_US | 10001062787 | Walmart | tracykitty015@outlook.com | 2 | $10,000 |
| 321 | Gupbes Store | 10001064058 | Walmart | payyali942@163.com | 2 | $10,000 |
| 322 | Fintecheke Trade Ltd | 10001072456 | Walmart | hello@bondglass.com | 2 | $10,000 |

**EXHIBIT 1**

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 324 | Shanghai Pangheng Dianzishangwu Youxiangongsi | 10001104023 | Walmart | deyunjiao@outlook.com | 2 | $10,000 |
| 330 | ShenZhenYinMingDianZiShangWuYouXianGongSi | 10001114053 | Walmart | mijdng36@163.com | 2 | $10,000 |
| 331 | Fortioo | 10001126120 | Walmart | laizhihai_support@163.com | 2 | $10,000 |
| 332 | CenturyProsper | 10001128151 | Walmart | nagasirenjared@gmail.com | 2 | $10,000 |
| 333 | Dolegur | 10001129056 | Walmart | pearlprowal@hotmail.com | 2 | $10,000 |
| 335 | New Continent | 10001132215 | Walmart | victorsharonqbh43@gmail.com | 2 | $10,000 |
| 336 | hengyangpuxingdianzishangwuyouxiangongsi | 10001134330 | Walmart | yhupzqpd@126.com | 2 | $10,000 |
| 337 | Peantoia | 10001135116 | Walmart | qiufenshike@outlook.com | 2 | $10,000 |
| 338 | EAST VIRTUE | 10001137595 | Walmart | a89u98hi@hotmail.com | 2 | $10,000 |
| 341 | Yszodd | 10001143256 | Walmart | weiwenhui0904w@outlook.com | 2 | $10,000 |
| 342 | Heopbird | 10001145496 | Walmart | chenshishia@outlook.com | 2 | $10,000 |
| 343 | Nafxzy | 10001146295 | Walmart | fapiaoxiangqia@outlook.com | 2 | $10,000 |
| 344 | Pakainn | 10001150749 | Walmart | chnegshife@outlook.com | 2 | $10,000 |
| 345 | Vadunsuz | 10001150756 | Walmart | meirenzhug@outlook.com | 2 | $10,000 |
| 346 | YESTUNE | 10001152202 | Walmart | yishitongxxzz@outlook.com | 2 | $10,000 |
| 347 | Quintina | 10001153085 | Walmart | shoujizhiji@outlook.com | 2 | $10,000 |
| 348 | Danjastic | 10001155355 | Walmart | nipogear@outlook.com | 2 | $10,000 |
| 349 | Merzam | 10001155949 | Walmart | chenwdwoaffg@hotmail.com | 2 | $10,000 |
| 350 | Donewelo | 10001156054 | Walmart | dowellappliances@hotmail.com | 2 | $10,000 |
| 351 | jinhuashilibubudianzishangwuyouxiangongsi | 10001156644 | Walmart | abelan9@163.com | 2 | $10,000 |

EXHIBIT 1

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 352 | yiwushixiaohuamingqishuomaoyiyouxiangongsi | 10001157396 | Walmart | vqzndiiz@126.com | 2 | $10,000 |
| 353 | yiwushitianhaichanglimaoyiyouxiangongsi | 10001192435 | Walmart | lilithyou85@163.com | 2 | $10,000 |
| 354 | EOSWLADO | 10001192495 | Walmart | euywby21@163.com | 2 | $10,000 |
| 355 | Nowsnde | 10001193556 | Walmart | dyfishing@163.com | 2 | $10,000 |
| 356 | Shenzhenshi Huishang Yongfeng maoyiyouxiangongsi | 10001193588 | Walmart | sophiashi1@163.com | 2 | $10,000 |
| 358 | Blirik | 10001195361 | Walmart | yqdhhde@outlook.com | 2 | $10,000 |
| 359 | Gukom | 10001195681 | Walmart | lilynlyn@outlook.com | 2 | $10,000 |
| 360 | Miruku | 10001195706 | Walmart | wfdlhkxyn@126.com | 2 | $10,000 |
| 361 | Rykwurde | 10001197168 | Walmart | contact@fishbitestradingpostllc.com | 2 | $10,000 |
| 362 | WALFRONT LLC | 10000016648 | Walmart | fight1153@163.com | 2 | $10,000 |
| 365 | alulang | 55b89cb86c712741bc1751d9 | Wish | pengbon@126.com | 2 | $10,000 |
| 367 | fantaisie | 572d9a42559f586431227aad | Wish | leiquan8942bubu@163.com | 2 | $10,000 |
| 370 | 1480162439@qq.com | 58495f2ba55ed26a90ace0ce | Wish | lianggua18266928@163.com | 2 | $10,000 |
| 371 | Yelena Ziemba | 58529cb870dd174c959860e6 | Wish | gpe67q@163.com | 2 | $10,000 |
| 373 | lulusong | 587ddaea5859f04ccadf2a61 | Wish | 3555913482@qq.com | 2 | $10,000 |

**EXHIBIT 1**

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 374 | Good product recommendation station | 58b3e88f930ac6505bde6377 | Wish | 451229104@qq.com | 2 | $10,000 |
| 376 | wangweiwangpu | 58b7d584fa90645710ae8c60 | Wish | relu4ci475741@sohu.com | 2 | $10,000 |
| 378 | boby2 liy202 | 58bfd395c92c3756d3ccfcb8 | Wish | 15668628060@163.com | 2 | $10,000 |
| 393 | Deepsaw | 5b7b88dffd80b7202632e665 | Wish | longlonggoes@outlook.com | 2 | $10,000 |
| 404 | Guacangshiio | 5e60c957ec5cd32f4b412d65 | Wish | quretydggfgong@outlook.com | 2 | $10,000 |
| 414 | codieaofaskf | 5e80a518e273cdfa6a4917b8 | Wish | codieaofaskf@mail.com | 2 | $10,000 |
| 415 | kinny Car Accessories | 5e818af336e4b8a1b6d12288 | Wish | kinnyc05qbe8@mail.com | 2 | $10,000 |
| 417 | Top180 | 5e901a4ae3851e37c17a35ab | Wish | zuooutang19630111@163.com | 2 | $10,000 |
| 418 | YummySahop | 5f69019e2f66f367d4952171 | Wish | toecg7@163.com | 1 | $5,000 |
| 419 | Zancudo | 5f6913a3e3bf2e8b6c79478a | Wish | riouyk@163.com | 2 | $10,000 |
| 420 | Cyborgvic | 5f691915e3bf2ebca0794bbf | Wish | ukhwzz@163.com | 1 | $5,000 |
| 421 | Pavecaplus | 5f69f6d53a82759da803b60c | Wish | swlnr9@163.com | 2 | $10,000 |
| 422 | Aspar | 5f6a0ca089718d6e6d421e51 | Wish | hnlbqf@163.com | 2 | $10,000 |

EXHIBIT 1

| Doe # | Infringing Webstore Name | Doe Merchant ID | Marketplace | Doe or Counsel / Representative Email | Works Infringed | (Works Infringed x $5,000) |
|---|---|---|---|---|---|---|
| 423 | Arauca | 5f6a31c0744a0c3695faf88b | Wish | ufgfk5@163.com | 2 | $10,000 |
| 424 | mundo de las carteras | 5f6a43923c79dabefb124845 | Wish | iijwsa@163.com | 1 | $5,000 |
| 425 | tmacshot | 5f6a50ee2f66f300ef951ea7 | Wish | caoxcj@163.com | 2 | $10,000 |
| 426 | bladeshiop | 5f6a6b57e3bf2e7fe8794efe | Wish | nfazhw@163.com | 1 | $5,000 |
| 427 | zhoujing85605 | 6142a6b0c2627c45e58bdd1a | Wish | s2c4q0znq84@outlook.com | 1 | $5,000 |
| 428 | WOPAS | 616c8eb480f215972d0ae10b | Wish | lkasiwoqpa@yandex.com | 2 | $10,000 |
| 429 | Trululusy | 6186e01a0ba69b2ab6005db2 | Wish | fgstw5432@163.com | 2 | $10,000 |
| 430 | LKH Grax | 618aa1d2da97729b6eca2bcb | Wish | h2cw5c@163.com | 2 | $10,000 |
| 431 | Saltllos | 618bf5d205202ec27c2ea5b1 | Wish | u2zzwq@163.com | 2 | $10,000 |